IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| BENJAMIN LEE MARSHALL, SR., | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. |
| | : 5:12-CV-00425-MTT |
| SANDERSVILLE RAILROAD COMPANY, | : |
| Defendant. | : |

### DISCLOSURE STATEMENT OF DEFENDANT SANDERSVILLE RAILROAD COMPANY

COMES NOW, defendant Sandersville Railroad Company and pursuant to Federal Rule of Civil Procedure 7.1 hereby files the following Disclosure Statement.

Sandersville Railroad Company is not owned by a parent corporation. None of the stock of Sandersville Railroad Company is owned by a publicly held corporation.

This 17th day of December, 2012

/s/ J. Steven Stewart
J. Steven Stewart
Georgia State Bar No. 681550
Walker S. Stewart
Georgia State Bar No. 221715
Attorneys for defendant
Sandersville Railroad Company

Of Counsel:
Hall, Bloch, Garland & Meyer, LLP
577 Mulberry Street, Suite 1500
P.O. Box 5088
Macon, GA 31208-5088
(478) 745-1625
stevestewart@hbgm.com

LAW OFFICES
HALL, BLOCH,
GARLAND & MEYER, LLP
P.O. BOX 5088
MACON, GEORGIA
31208-5088

## CERTIFICATE OF SERVICE

This is to certify that I have this date served a copy of the foregoing **DISCLOSURE STATEMENT OF DEFENDANT SANDERSVILLE RAILROAD COMPANY** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Noble L. Boykin, Jr.
Jones, Boykin & Associates, P.C.
213 East 38th Street
Savannah, Georgia 31401

C. Brian Jarrard
C. Brian Jarrard, LLC
230 Third Street
Macon, Georgia 31201

This 17th day of December, 2012

/s/ Walker Stewart

LAW OFFICES
HALL, BLOCH,
GARLAND & MEYER, LLP
P.O. BOX 5088
MACON, GEORGIA
31208-5088

-2-