IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **BENJAMIN LEE MARSHALL, SR.,** | : | |
| **Plaintiff,** | : | |
| v. | : | CIVIL ACTION NO. |
| **SANDERSVILLE RAILROAD COMPANY,** | : | 5:12-CV-00425-MTT |
| **Defendant.** | : | |

**JOINT MOTION TO EXTEND DEADLINES**

COME NOW plaintiff Benjamin Lee Marshall, Sr. and defendant Sandersville Railroad Company, by and through their undersigned counsel, and jointly move the Court to extend the discovery and related deadlines in this case three months, respectfully showing the following:

1.

The period for discovery in this case is set to expire on July 14, 2014.

2.

As cause for this motion, the parties state that plaintiff's counsel Brian Jarrard was involved in a two week trial before this Court in June 2014, which also required substantial preparation time prior to the trial. In addition, defense counsel, Steve Stewart, was on a family vacation from June 30 until July 9, 2014. Due to these events, the parties have not been able to complete discovery or engage in meaningful settlement discussions.

3.

The parties accordingly request that the following new deadlines be set:

(a)     The time for discovery in this case shall expire October 10, 2014;

(b) All motions seeking to amend the pleadings or to join parties or claims to the current action shall be filed as soon as the need for joinder or amendment becomes apparent, but in no event shall such motions be filed after October 10, 2014, that being the date discovery closes in this case.

(c) All dispositive and *Daubert* motions will be filed no later than November 14, 2014, that being approximately 30 days after the expiration of discovery in this case.

WHEREFORE, plaintiff and defendant respectfully request that this motion be inquired into and granted.

This 11th day of July, 2014.

| | |
|---|---|
| C. Brian Jarrard, LLC<br>230 Third Street<br>Macon, Georgia 31201 | /s/ C. Brian Jarrard |
| Jones, Boykin & Associates, P.C.<br>213 East 33th Street<br>Savannah, Georgia 31401 | /s/Noble L. Boykin, Jr.<br><br>Attorneys for plaintiff Benjamin Lee Marshall, Sr. |
| | /s/J. Steven Stewart |
| | /s/Walker S. Stewart |
| Hall, Bloch, Garland & Meyer, LLP<br>P. O. Box 5088<br>Macon, GA 31208-5088<br>Phone:  478-745-1625<br>Email:  stevestewart@hbgm.com | Attorneys for defendant Sandersville Railroad Company |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2014, I electronically filed **JOINT MOTION TO EXTEND DEADLINES** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorney of record:

C. Brian Jarrard
C. Brian Jarrard, LLC
230 Third Street
Macon, Georgia 31201
*brianjarrard@cox.net*

Noble L. Boykin, Jr.
Jones, Boykin & Associates, P.C.
213 East 38th Street
Savannah, Georgia 31401
*jbsalaw@comcast.net*

/s/ J. Steven Stewart
J. Steven Stewart
Georgia Bar No. 681550
Attorney for Sandersville Railroad Company