

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION
AT MACON, GEORGIA

MINUTE SHEET
OF COURT PROCEEDINGS

| | | | |
|---|---|---|---|
| Date: | 4/1/2015 | Type of Hearing: | Motion Hearing |
| Judge: | Marc T. Treadwell | Court Reporter: | Tammy Fletcher |
| Courtroom Deputy: | Teri L. Hatcher | Law Clerk: | Ashley Vandevender |
| Courtroom: | A | | |

**Case Number: 5:12-CV-425 (MTT)**

| | | |
|---|---|---|
| Benjamin Lee Marshall, Sr. | Counsel: | Brian Jarrard<br>Noble Louis Boykin, Jr. |
| v. | | |
| Sandersville Railroad Company | Counsel: | Steve Stewart |

*Disclaimer: Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record. Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

**Court time for JS10/MJSTAR:** 1 hour/4 minutes

| | |
|---|---|
| 8:58 am | Preliminary remarks by the Court. Plaintiff contends that work rule violated is such that if violated, railroad is strictly liable; that contributory negligence is not a defense. |
| 9:00 am | Argument by Mr. Stewart. |
| 9:20 am | Argument by Mr. Jarrard. |
| 9:49 am | Argument by Mr. Stewart. |
| 9:53 am | Argument by Mr. Jarrard. |
| 9:54 am | Matter concluded. |